UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KLAUD ANNIS, )
 )
      Plaintiff, ) Case No. 1:13-cv-77
 )
v. ) Honorable Paul L. Maloney
 )
COMMISSIONER OF )
SOCIAL SECURITY, )
 ) **JUDGMENT**
      Defendant. )
 )

Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: May 30, 2013      /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge